NUMBER 13-04-586-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________

KVOA COMMUNICATIONS, INC. D/B/A KRIS 
COMMUNICATIONS,                                                         Appellant,

v.

KATHY BESLER, INDIVIDUALLY, ET AL.,                              Appellee.
____________________________________________________________________

On appeal from the 343rd District Court
of San Patricio County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Castillo, and Garza
Memorandum Opinion Per Curiam

         Appellant, KVOA COMMUNICATIONS, INC. D/B/A KRIS COMMUNICATIONS,
perfected an appeal from an order entered by the 343rd District Court of San Patricio
County, Texas, in cause number S-03-5969CV-C. After the record and appellant’s
brief were received, appellant filed a motion to dismiss the appeal. In the motion,
appellant states that the injunctive order that is the subject of this appeal has now
been dissolved. Appellant requests that this Court dismiss the appeal.
         The Court, having considered the documents on file and appellant’s motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant’s
motion to dismiss is granted, and the appeal is hereby DISMISSED.
                                                                                                            PER CURIAM

Memorandum Opinion delivered and filed this
the 19th day of May, 2005.